IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND          ) | |
| CASUALTY COMPANY,             ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                        ) | 3:14cv304-MHT |
|                               ) | (WO) |
| MICHAEL ISAACS and            ) | |
| CHRISTOPHER JOHNSON,          ) | |
|                               ) | |
|     Defendants.               ) | |

ORDER

The allegations of the plaintiff's complaint are insufficient to invoke this court's diversity-of-citizenship jurisdiction. The allegations must show that the citizenship of each plaintiff is different from that of each defendant. 28 U.S.C. § 1332.

The plaintiff's complaint fails to meet this standard. The complaint gives the "residence" rather than the "citizenship" of defendant Michael Issacs. An allegation that a party is a "resident" of a State is not sufficient to establish that a party is a "citizen" of

that State.  Delome v. Union Barge Line Co., 444 F.2d 225, 233 (5th Cir.), cert. denied, 404 U.S. 995 (1971).

***

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until May 12, 2014, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 8th day of May, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**